```
                   IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )     Case. No. CR-S-07-571 GEB
                               )
             Plaintiff,        )
                               )     ORDER
                               )
     v.                        )
                               )
ERIC BROOKS,                   )
                               )
             Defendant.        )
                               )
_____)
```

The trial date in the above referenced matter, currently set for February 10, 2009, is hereby VACATED. The matter is set for a status conference on February 6, 2009.

It is so ORDERED.

Dated:  January 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1