IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>ERIC BROOKS,<br><br>            Defendant. | Case. No. CR-S-07-571 GEB<br><br>ORDER |

The trial date in the above referenced matter, currently set for February 10, 2009, is hereby VACATED. The matter is set for a status conference on February 6, 2009.

It is so ORDERED.

Dated: January 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge