LAWRENCE G. BROWN
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S 07-571 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| ERIC BROOKS, ) | |
| ) | Date: March 20, 2009 |
| Defendant. ) | Time: 9:00 a.m. |
| _____) | Hon.  Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Eric Brooks and his attorney, that the status conference hearing set for February 6, 2009, be vacated, and a status conference hearing be set for March 20, 2009 at 9:00 a.m.

Mr. Brooks is also a defendant in case no CR S 08-122 GEB, which is pending before this Court.  The charges against Mr. Brooks in case 08-122 carry considerably greater exposure for him than those in the instant case.  Today, the parties have requested that case 08-122 be continued to March 20, 2009, so that they may further evaluate that case and seek its resolution.  Both parties agree that resolution of case 08-122 will make it much more likely that this

-1-

case will resolve as well.  The parties request that speedy trial time be excluded from the date of this order through the date of the status conference hearing set for March 20, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 4, 2009      /s/ Philip Ferrari for
                             DWIGHT SAMUEL, ESQ.
                             Attny. for Eric Brooks

DATED: February 4, 2009      LAWRENCE G. BROWN
                             United States Attorney

                         By: /s/ Philip Ferrari
                             PHILIP A. FERRARI
                             Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  February 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-