```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorneys
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    CR. No. S 07-571 GEB
                                 )
12                  Plaintiff,   )    STIPULATION AND ORDER
                                 )
13            v.                 )
                                 )
14  ERIC BROOKS,                 )
                                 )    Date: June 5, 2009
15                  Defendant.   )    Time: 9:00 a.m.
    _____)    Hon. Garland E. Burrell, Jr.
16
17
          It is hereby stipulated by and between the United States of
18
    America through its attorneys, and defendant Eric Brooks and his
19
    attorney, that the status conference hearing set for May 15, 2009,
20
    be vacated, and a status conference hearing be set for June 5, 2009
21
    at 9:00 a.m.
22
          Mr. Brooks is also a defendant in case no. CR S 08-122 GEB,
23
    which is pending before this Court.  The charges against Mr. Brooks
24
    in case 08-122 carry considerably greater exposure for him than
25
    those in the instant case.  Today, the parties have requested that
26
    case 08-122 be continued to June 5, 2009, so that they may further
27
    evaluate that case and seek its resolution.  Both parties agree that
28
    resolution of case 08-122 will make it much more likely that this
```

-1-

case will resolve as well.  The parties request that speedy trial time be excluded from the date of this order through the date of the status conference hearing set for June 5, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 14, 2009      /s/ Philip Ferrari for
                                   DWIGHT SAMUEL, ESQ.
                                   Attny. for Eric Brooks

DATED: May 14, 2009      LAWRENCE G. BROWN
                                   United States Attorney

                             By: /s/ Philip Ferrari
                                   PHILIP A. FERRARI
                                   Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  May 14, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge