1  LAWRENCE G. BROWN
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S 07-571 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| ERIC BROOKS, | ) | |
| | ) | Date: June 26, 2009 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Eric Brooks and his attorney, that the status conference hearing set for June 5, 2009, be vacated, and a status conference hearing be set for June 26, 2009 at 9:00 a.m.

Mr. Brooks is also a defendant in case no. CR S 08-122 GEB, which is pending before this Court. The charges against Mr. Brooks in case 08-122 carry considerably greater exposure for him than those in the instant case. Today, the parties have requested that case 08-122 be continued to June 26, 2009, so that they may further evaluate that case and seek its resolution. Both parties agree that resolution of case 08-122 will make it much more likely that this

-1-

case will resolve as well.  The parties request that speedy trial time be excluded from the date of this order through the date of the status conference hearing set for June 26, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 3, 2009                /s/ Philip Ferrari for
                                   DWIGHT SAMUEL, ESQ.
                                   Attny. for Eric Brooks

DATED: June 3, 2009                LAWRENCE G. BROWN
                                   United States Attorney

                               By: /s/ Philip Ferrari
                                   PHILIP A. FERRARI
                                   Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  June 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge