```
LAWRENCE G. BROWN
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>                             )  <br>            Plaintiff,       )  <br>                             )  <br>       v.                    )  <br>                             )  <br>ERIC BROOKS,                 )  <br>                             )  <br>            Defendant.       )  <br>_____) | CR. No. S 07-571 GEB  <br><br>STIPULATION AND ORDER  <br><br><br><br><br>Date: July 10, 2009  <br>Time: 9:00 a.m.  <br>Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Eric Brooks and his attorney, that the status conference hearing set for June 26, 2009, be vacated, and a status conference hearing be set for July 10, 2009 at 9:00 a.m.

Mr. Brooks is also a defendant in case no. CR S 08-122 GEB, which is pending before this Court. The charges against Mr. Brooks in case 08-122 carry considerably greater exposure for him than those in the instant case. Today, the parties have requested that case 08-122 be continued to July 10, 2009, so that they may further evaluate that case and seek its resolution. Both parties agree that resolution of case 08-122 will make it much more likely that this

1  case will resolve as well.  The parties request that speedy trial
2  time be excluded from the date of this order through the date of the
3  status conference hearing set for July 10, 2009, pursuant to 18
4  U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code
5  T4).

DATED: June 25, 2009          /s/ Philip Ferrari for
                              DWIGHT SAMUEL, ESQ.
                              Attny. for Eric Brooks

DATED: June 25, 2009          LAWRENCE G. BROWN
                              United States Attorney

                         By: /s/ Philip Ferrari
                              PHILIP A. FERRARI
                              Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated:   June 26, 2009

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge