1   LAWRENCE G. BROWN
    United States Attorney
2   PHILIP A. FERRARI
    Assistant U.S. Attorneys
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2744

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )     CR. No. S 07-571 GEB
                                     )
12                  Plaintiff,       )     STIPULATION AND ORDER
                                     )
13          v.                       )
                                     )
14  ERIC BROOKS,                     )
                                     )     Date: September 4, 2009
15                  Defendant.       )     Time: 9:00 a.m.
    _____    )     Hon.  Garland E. Burrell, Jr.

16

17

18      It is hereby stipulated by and between the United States of

19  America through its attorneys, and defendant Eric Brooks and his

20  attorney, that the status conference hearing set for July 31, 2009,

    be vacated, and a status conference hearing be set for September 4,
21
    2009 at 9:00 a.m.
22
        Mr. Brooks is also a defendant in case no. CR S 08-122 GEB,
23
    which is pending before this Court.  The charges against Mr. Brooks
24
    in case 08-122 carry considerably greater exposure for him than
25
    those in the instant case.  Today, the parties have requested that
26
    case 08-122 be continued to September 4, 2009, so that they may
27
    further evaluate that case and seek its resolution.  Both parties
28
    agree that resolution of case 08-122 will make it much more likely

                                   -1-

1  that this case will resolve as well.  The parties request that
2  speedy trial time be excluded from the date of this order through
3  the date of the status conference hearing set for September 4, 2009,
4  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to
5  prepare] (Local Code T4).

6
7  DATED: July 29, 2009           /s/ Philip Ferrari for
                                  DWIGHT SAMUEL, ESQ.
8                                 Attny. for Eric Brooks

9  DATED: July 29, 2009           LAWRENCE G. BROWN
                                  United States Attorney
10

11                             By: /s/ Philip Ferrari
                                  PHILIP A. FERRARI
12                                Assistant U.S. Attorney

13

14

15         **IT IS SO ORDERED.**

16
   Dated:  August 4, 2009
17

18  _____
    GARLAND E. BURRELL, JR.
19  United States District Judge

20

21

22

23

24

25

26

27

28

                              -2-