BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 07-571 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC BROOKS, | ) | |
| | ) | Date: July 23, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Hon.  Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Eric Brooks and his attorney, that the status conference hearing set for May 28, 2010, be vacated, and a status conference hearing be set for July 23, 2010 at 9:00 a.m.

Mr. Brooks has entered a guilty plea in case no. CR S 08-122 GEB, which is pending before this Court.  Today, the United States filed a stipulation requesting that the hearing on Judgment and Sentence in case no. CR S 08-122 be continued to July 23, 2010.  It is anticipated that, pursuant to the terms of the parties' plea agreement, the present case will be dismissed against Mr. Brooks at sentencing.

-1-

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference hearing set for July 23, 2010, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 25, 2010          /s/ Philip Ferrari for
                             DWIGHT SAMUEL, ESQ.
                             Attny. for Eric Brooks

DATED: May 25, 2010          BENJAMIN B. WAGNER
                             United States Attorney


                        By: /s/ Philip Ferrari
                             PHILIP A. FERRARI
                             Assistant U.S. Attorney




     **IT IS SO ORDERED.**

Dated:  May 27, 2010


                             _____
                             GARLAND E. BURRELL, JR.
                             United States District Judge