1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S 07-571 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| ERIC BROOKS, ) | |
| ) | Date: September 10, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| _____) | Hon.  Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Eric Brooks and his attorney, that the status conference hearing set for July 23, 2010, be vacated, and a status conference hearing be set for September 10, 2010 at 9:00 a.m.

Mr. Brooks has entered a guilty plea in case no. CR S 08-122 GEB, which is pending before this Court.  Today, the United States filed a stipulation requesting that the hearing on Judgment and Sentence in case no. CR S 08-122 be continued to September 10, 2010. It is anticipated that, pursuant to the terms of the parties' plea agreement, the present case will be dismissed against Mr. Brooks at sentencing.

-1-

1  The parties request that speedy trial time be excluded from the date
2  of this order through the date of the status conference hearing set
3  for September 10, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv)
4  [reasonable time to prepare] (Local Code T4).

DATED: July 20, 2010          /s/ Philip Ferrari for
                              DWIGHT SAMUEL, ESQ.
                              Attny. for Eric Brooks

DATED: July 20, 2010          BENJAMIN B. WAGNER
                              United States Attorney

                         By:  /s/ Philip Ferrari
                              PHILIP A. FERRARI
                              Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  July 21, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge