1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S 07-571 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| ERIC BROOKS, ) | |
| ) | Date: November 19, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| _____) | Hon.  Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Eric Brooks and his attorney, that the status conference hearing set for September 10, 2010, be vacated, and a status conference hearing be set for November 19, 2010 at 9:00 a.m.

Mr. Brooks has entered a guilty plea in case no. CR S 08-122 GEB, which is pending before this Court.  Today, the United States filed a stipulation requesting that the hearing on Judgment and Sentence in case no. CR S 08-122 be continued to November 19, 2010. It is anticipated that, pursuant to the terms of the parties' plea agreement, the present case will be dismissed against Mr. Brooks at sentencing.

-1-

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference hearing set for November 19, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 8, 2010    /s/ Philip Ferrari for
                            MICHAEL HANSEN, ESQ.
                            Attny. for Eric Brooks

DATED: September 8, 2010    BENJAMIN B. WAGNER
                            United States Attorney

                        By: /s/ Philip Ferrari
                            PHILIP A. FERRARI
                            Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  September 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge