```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   CR. No. S 07-571 GEB
                                  )
12                 Plaintiff,     )   STIPULATION AND ORDER
                                  )   CONTINUING STATUS CONFERENCE
13         v.                     )
                                  )
14  ERIC BROOKS,                  )
                                  )   Date: April 22, 2011
15                 Defendant.     )   Time: 9:00 a.m.
    _____)   Hon. Garland E. Burrell, Jr.
16
17
         It is hereby stipulated by and between the United States of
18
    America through its attorneys, and defendant Eric Brooks and his
19
    attorney, that the status conference hearing set for January 28,
20
    2011, be vacated, and a status conference hearing be set for April
21
    22, 2011 at 9:00 a.m.
22
         Mr. Brooks has entered a guilty plea in case no. CR S 08-122
23
    GEB, which is pending before this Court.  Today, the United States
24
    filed a stipulation requesting that the hearing on Judgment and
25
    Sentence in case no. CR S 08-122 be continued to April 22, 2011.  It
26
    is anticipated that, pursuant to the terms of the parties' plea
27
    agreement, the present case will be dismissed against Mr. Brooks at
28
    sentencing.
```

-1-

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference hearing set for April 22, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 26, 2011        /s/ Philip Ferrari for
                               MICHAEL HANSEN, ESQ.
                               Attny. for Eric Brooks


DATED: January 26, 2011        BENJAMIN B. WAGNER
                               United States Attorney

                           By: /s/ Philip Ferrari
                               PHILIP A. FERRARI
                               Assistant U.S. Attorney



**IT IS SO ORDERED.**

Dated:  January 26, 2011

                               _____
                               GARLAND E. BURRELL, JR.
                               United States District Judge