1  BENJAMIN WAGNER
United States Attorney
2  PHILIP A. FERRARI
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, California 95814
4  Telephone: (916) 554-2744

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )     CR. No. S 07-571 GEB
                                  )
12                  Plaintiff,    )     STIPULATION AND ORDER
                                  )
13            v.                  )
                                  )
14  ERIC BROOKS,                  )
                                  )     Date: October 28, 2011
15                  Defendant.    )     Time: 9:00 a.m.
    _____)     Hon.  Garland E. Burrell, Jr.
16

17

18        It is hereby stipulated by and between the United States of

19  America through its attorneys, and defendant Eric Brooks and his

20  attorney, that the status conference hearing set for August 26,

21  2011, be vacated, and a status conference hearing be set for October

    28, 2011 at 9:00 a.m.
22
          Mr. Brooks is also a defendant in case no. CR S 08-122 GEB.  He
23
    has entered a guilty plea in that case and the parties are
24
    requesting that sentencing be set for October 28, 2011.  Pursuant to
25
    the plea agreement entered in case 08-0122 GEB, the government
26
    anticipates dismissing the charges against Mr. Brooks in case 07-571
27
    at sentencing.  However, that cannot occur until Mr. Brooks has
28
    finished completing his obligations under the plea agreement.  The

                                    -1-

1  parties stipulate that the ends of justice are served by the Court

2  excluding the time between August 26, 2011, and October 28, 2011, so

3  that the defendant may continue to fulfill his obligations under the

4  plea agreement in case 08-0122, which will likely result in the

5  dismissal of the pending charges in this case.  18 U.S.C.

6  §3161(h)(1) (other proceedings concerning the defendant) / Local

7  Code C (other charges pending).

8

DATED: August 23, 2011          /s/ Philip Ferrari for
9                                MICHAEL HANSEN, ESQ.
                                 Attny. for Eric Brooks
10
DATED: August 23, 2011          BENJAMIN WAGNER
11                               United States Attorney

12                          By: /s/ Philip Ferrari
                                PHILIP A. FERRARI
13                              Assistant U.S. Attorney

14      IT IS ORDERED that the status conference currently set for

15  August 26, 2011, is vacated, and a new status conference is set for

16  October 28, 2011, at 9:00 a.m.  For the reasons stipulated to by the

17  parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and

18  time is excluded under the Speedy Trial Act through October 28,

19  2011.  For the reasons set forth in the stipulation, the interests

20  of justice served by granting this continuance outweigh the best

21  interests of the public and the defendants in a speedy trial.

22
23      **IT IS SO ORDERED.**

24  Dated:  August 25, 2011

25

26  _____
    GARLAND E. BURRELL, JR.
27  United States District Judge

28

-2-