1  BENJAMIN WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )      CR. No. S 07-571 GEB
                                  )
12                 Plaintiff,     )      STIPULATION AND ORDER
                                  )
13           v.                   )
                                  )
14 ERIC BROOKS,                   )
                                  )      Date: December 16, 2011
15                 Defendant.     )      Time: 9:00 a.m.
   _____)      Hon.  Garland E. Burrell, Jr.

16

17
        It is hereby stipulated by and between the United States of
18
   America through its attorneys, and defendant Eric Brooks and his
19
   attorney, that the status conference hearing set for October 28,
20
   2011, be vacated, and a status conference hearing be set for
21
   December 16, 2011 at 9:00 a.m.
22
        Mr. Brooks is also a defendant in case no. CR S 08-122 GEB.  He
23
   has entered a guilty plea in that case and the parties are
24
   requesting that sentencing be set for December 16, 2011.  Pursuant
25
   to the plea agreement entered in case 08-0122 GEB, the government
26
   anticipates dismissing the charges against Mr. Brooks in case 07-571
27
   at sentencing.  However, that cannot occur until Mr. Brooks has
28
   finished completing his obligations under the plea agreement.  The

                                  -1-

parties stipulate that the ends of justice are served by the Court excluding the time between October 28, 2011, and December 16, 2011, so that the defendant may continue to fulfill his obligations under the plea agreement in case 08-0122, which will likely result in the dismissal of the pending charges in this case.  18 U.S.C. §3161(h)(1) (other proceedings concerning the defendant) / Local Code C (other charges pending).

DATED: October 26, 2011        /s/ Philip Ferrari for
                               MICHAEL HANSEN, ESQ.
                               Attny. for Eric Brooks

DATED: October 26, 2011        BENJAMIN WAGNER
                               United States Attorney


                          By: /s/ Philip Ferrari
                               PHILIP A. FERRARI
                               Assistant U.S. Attorney

    IT IS ORDERED that the status conference currently set for October 28, 2011, is vacated, and a new status conference is set for December 16, 2011, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through October 28, 2011.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

    **IT IS SO ORDERED.**

Dated:  October 27, 2011

                               _____
                               GARLAND E. BURRELL, JR.
                               United States District Judge

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28