BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S 07-571 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| ERIC BROOKS, ) | |
| ) | Date: May 25, 2012 |
| Defendant. ) | Time: 9:00 a.m. |
| _____) | Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Eric Brooks and his attorney, that the status conference hearing set for April 20, 2012, be vacated, and a status conference hearing be set for May 25, 2012 at 9:00 a.m.

Mr. Brooks is also a defendant in case no. CR S 08-122 GEB. He has entered a guilty plea in that case and the parties are requesting that sentencing be set for May 25, 2012. Pursuant to the plea agreement entered in case 08-0122 GEB, the government anticipates dismissing the charges against Mr. Brooks in case 07-571 at sentencing. However, that cannot occur until Mr. Brooks has finished completing his obligations under the plea agreement. The

-1-

parties stipulate that the ends of justice are served by the Court excluding the time between April 20, 2012, and May 25, 2012, so that the defendant may continue to fulfill his obligations under the plea agreement in case 08-0122, which will likely result in the dismissal of the pending charges in this case.  18 U.S.C. §3161(h)(1) (other proceedings concerning the defendant) / Local Code C (other charges pending).

DATED: April 15, 2012          /s/ Philip Ferrari for
                               MICHAEL HANSEN, ESQ.
                               Attny. for Eric Brooks

DATED: April 15, 2012          BENJAMIN WAGNER
                               United States Attorney


                           By: /s/ Philip Ferrari
                               PHILIP A. FERRARI
                               Assistant U.S. Attorney

   IT IS ORDERED that the status conference currently set for April 20, 2012, is vacated, and a new status conference is set for May 25, 2012, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through May 25, 2012. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

   **IT IS SO ORDERED.**

Dated:  April 16, 2012

                               _____
                               GARLAND E. BURRELL, JR.
                               United States District Judge