BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>    v.<br>ERIC BROOKS,<br>              Defendant. | CR. No. S 07-571 GEB<br><br>STIPULATION AND ORDER<br><br><br><br>Date: August 10, 2012<br>Time: 9:00 a.m.<br>Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Eric Brooks and his attorney, that the status conference hearing set for July 13, 2012, be vacated, and a status conference hearing be set for August 10, 2012 at 9:00 a.m.

Mr. Brooks is also a defendant in case no. CR S 08-122 GEB. He has entered a guilty plea in that case and the parties are requesting that sentencing be set for August 10, 2012. Pursuant to the plea agreement entered in case 08-0122 GEB, the government anticipates dismissing the charges against Mr. Brooks in case 07-571 at sentencing. However, that cannot occur until Mr. Brooks has finished completing his obligations under the plea agreement. The parties stipulate that the ends of justice are served by the Court excluding the time between July 13, 2012, and August 10, 2012, so

-1-

1  that the defendant may continue to fulfill his obligations under the
2  plea agreement in case 08-0122, which will likely result in the
3  dismissal of the pending charges in this case.  18 U.S.C.
4  §3161(h)(1) (other proceedings concerning the defendant) / Local
5  Code C (other charges pending).

7  DATED: July 9, 2012            /s/ Philip Ferrari for
                                  MICHAEL HANSEN, ESQ.
                                  Attny. for Eric Brooks

9  DATED: July 9, 2012            BENJAMIN WAGNER
                                  United States Attorney

                              By: /s/ Philip Ferrari
                                  PHILIP A. FERRARI
                                  Assistant U.S. Attorney

14    IT IS ORDERED that the status conference currently set for July
15  13, 2012, is vacated, and a new status conference is set for August
16  10, 2012, at 9:00 a.m.  For the reasons stipulated to by the
17  parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and
18  time is excluded under the Speedy Trial Act through August 10, 2012.
19  For the reasons set forth in the stipulation, the interests of
20  justice served by granting this continuance outweigh the best
21  interests of the public and the defendants in a speedy trial.
22    **IT IS SO ORDERED.**

24  Dated:  July 10, 2012

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  Senior United States District Judge